# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG L. JACOBSEN, JR., <br><br>    Plaintiff, <br><br>    v. <br><br> O. THIENHAUS et al., <br><br>    Defendants. | 2:16-cv-00331-JAD-NJK <br><br> **ORDER** |

**I.  DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Maricopa County Sheriff's Office in Phoenix, Arizona, has filed an application to proceed *in forma pauperis*. (ECF No. 1). Plaintiff has not filed a complaint in this matter.

Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff thirty (30) days from the date of this order to submit a complaint to this Court.  The Court will defer a decision on the application to proceed *in forma pauperis* until Plaintiff submits a proper initiating document for this case.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that a decision on the application to proceed *in forma pauperis* (ECF No. 1) is deferred.

IT IS FURTHER ORDERED that Plaintiff shall submit a complaint to this Court within thirty (30) days from the date of this order.

. . . .

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This 1st day of March, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge