# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Craig L. Jacobsen, Jr.,

    Plaintiff

v.

O. Thienhaus, et al.,

    Defendant

2:16-cv-00331-JAD-NJK

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 10]

    Pro se plaintiff Craig L. Jacobsen brings this prisoner civil-rights complaint against O. Thienhaus and others for alleged violations of the Eighth Amendment. Magistrate Judge Koppe recommends that I dismiss this case.[1]

    The report and recommendation was entered July 28, 2017, making August 11, 2017, the deadline to file an objection. Jacobsen has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation **[ECF No. 10] is ACCEPTED and ADOPTED**; and Jacobsen's claim is **DISMISSED**. The Clerk of Court is directed to **CLOSE THIS CASE**.

    DATED August 21, 2017.

                                                        Jennifer A. Dorsey
                                                        United States District Judge

---

[1] ECF No. 10.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyn-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).